UNITED STATES of America,
Plaintiff–Appellee,

v.

Donald Lee WRAY, Defendant–
Appellant.

No. 01–7035.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 12, 2001.

Donald Lee Wray, pro se. Kevin Frank McDonald, Office of the United States Attorney, Greenville, SC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Donald Lee Wray seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) and motion to reconsider. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Wray,* Nos. CR–95–896; CA–01–146 (D.S.C. Mar. 28, 2001; Feb. 13, 2001); *see also United States v. Sanders,* 247 F.3d 139, 151 (4th Cir.2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*